**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 98-6323

LOUIS C. JOHNSON,

Petitioner - Appellant,

versus

FREDERICK GREEN, Warden, Brunswick Correction-
al Center; JAMES S. GILMORE, III, Attorney
General for the Commonwealth of Virginia,

Respondents - Appellees.

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Richmond.  Robert E. Payne, District Judge.
(CA-97-264)

Submitted:  November 19, 1998      Decided:  December 1, 1998

Before HAMILTON and WILLIAMS, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

Dismissed by unpublished per curiam opinion.

Edwin Frederick Brooks, JACKSON, PICKUS & ASSOCIATES, Richmond,
Virginia, for Appellant.  Linwood Theodore Wells, Jr., Assistant
Attorney General, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Louis C. Johnson seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>Johnson v. Green</u>, No. CA-97-264 (E.D. Va. Feb. 5, 1998).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

---

[*] Johnson filed the subject petition on April 11, 1997, within the one-year limitations period of 28 U.S.C.A. § 2244(d) (West Supp. 1998). <u>See</u> <u>Brown v. Angelone</u>, 150 F.3d 370, 375 (4th Cir. 1998).